IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Criminal Action No. 95-cr-00093-RPM

UNITED STATES OF AMERICA,

                Plaintiff,

v.

DONALD RAY NICHOLS,

                Defendant.
_____

ORDER DENYING MOTION TO REOPEN PREVIOUS MOTION FOR FURTHER RECONSIDERATION
_____

Upon review of defendant's Motion to Re-Open Previous Motion for Further Reconsideration [99], filed on February 18, 2003, it is

ORDERED that the motion is denied.

DATED: May 7th, 2008

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior Judge

Case Number: 95-cr-00093-RPM

I certify that on May 7, 2008, I mailed a copy of the attached to the following:

Donald Ray Nichols
Reg. #12966-018
CCM Minneapolis
Minneapolis, MN 55415


Dated: May 7, 2008


                        GREGORY C. LANGHAM, CLERK
                            s/M.V. Wentz
                   By:_____
                            Deputy