IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03232-RPM
(Criminal Action No. 95-cr-00093-RPM)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DONALD RAY NICHOLS,

      Defendant/Movant.

_____

## JUDGMENT
_____

Pursuant to and in accordance with the Order entered December 9, 2013 (Doc. No. 112) by U.S. District Judge Richard P. Matsch, the following Judgment is hereby entered:

1. The Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. No. 104) filed on November 25, 2013, is DENIED.

2. A certificate of appealability is DENIED.

3. The corresponding civil action is dismissed.

Dated at Denver, Colorado this ___9th___ day of December, 2013.

                                                FOR THE COURT:

                                                JEFFREY P. COLWELL, CLERK

                                                By: __s/ Edward P. Butler_____
                                                     Edward P. Butler, Deputy Clerk