**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Criminal Case No. 95-cr-00093-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD RAY NICHOLS,

    Defendant/Movant.

_____

### ORDER DENYING PETITION FOR CERTIFICATE OF APPEALABILITY
_____

    Upon review of Donald R. Nichols' Petition for Certificate of Appealability, filed May 21, 2014 [118], it is

    ORDERED that the petitioner's application for certificate of appealability is denied.

    Dated:  May 27th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge